# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00734-CV

### In re Henry L. Bills and Texas Materials Group, Inc. d/b/a Texas Concrete

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the motion to stay underlying proceedings are denied. *See* Tex. R. App. P. 52.8(a), 52.10.

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: November 23, 2022